NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MOTOROLA MOBILITY LLC,**
*Appellant*

**v.**

**INTELLECTUAL VENTURES I LLC,**
*Cross-Appellant*

---

2016-1401, 2016-1404

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00501.

---

## JUDGMENT

---

MITCHELL G. STOCKWELL, Kilpatrick Townsend & Stockton LLP, Atlanta, GA, argued for appellant. Also represented by STEVEN MOORE, San Francisco, CA; DARYL JOSEFFER, King & Spalding LLP, Washington, DC.

BRENTON R. BABCOCK, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for cross-appellant. Also represented by EDWARD M. CANNON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  March 20, 2017  | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |